IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3090 |
| V. | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| Defendant. | ) | |

The undersigned held a conference call with counsel and the probation officer.

IT IS ORDERED that:

(1) The probation officer shall file an amended Retroactive Sentencing Worksheet no later than April 2, 2012.

(2) Counsel for the parties shall file joint and simultaneous briefs regarding the amended Retroactive Sentencing Worksheet by April 20, 2012.

(3) The undersigned's chambers shall bring this matter to his attention by April 23, 2012.

DATED this 29th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge